IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HENRY WALKER, )<br>    )<br>    Plaintiff, )<br>    )<br>v.   )<br>    )<br>WAL-MART STORES, INC., )<br>    )<br>    Defendant. ) | CIVIL ACTION NO.<br>3:15cv862-MHT<br>(WO) |

ORDER

In accordance with the parties' joint consent to remand case to state court (doc. no. 7), it is the ORDER, JUDGMENT, and DECREE of the court that, pursuant to 28 U.S.C. § 1447(c), the motion to remand (doc. no. 4) is granted, and this cause is remanded to the Circuit Court of Russell County, Alabama, with costs taxed as paid.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 22nd day of December, 2015.

             /s/ Myron H. Thompson____
            UNITED STATES DISTRICT JUDGE